UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| LLOYD GEORGE MORGAN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:14-cv-00966-VAB |
| v. ) | |
| ) | |
| CAROL CHAPDELAINE, ET AL. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | OCTOBER 29, 2020 |

---

## JOINT MOTION FOR GLOBAL SETTLEMENT CONFERENCE

Pursuant to Local Rules of Civil Procedure 7 and 16(c), the plaintiff, Lloyd George Morgan, Jr. ("Plaintiff"), and the defendants, Warden Carol Chapdelaine and Captain Kyle Godding ("Defendants"), hereby move to be referred for a court-mediated settlement conference for purposes of reaching a global negotiated resolution of all claims pending in both actions before this Court that have been brought by the Plaintiff, namely: Morgan v. Chapdelaine, Docket No. 3:14-cv-00966-VAB and Morgan v. Semple, Docket No. 3:16-cv-00225-VAB (collectively hereafter referred to as the "Morgan Matters"). The Plaintiff and Defendants also move that the pretrial and trial deadlines in the instant case be stayed until such time as the settlement conference concludes. In support of this motion, the parties state as follows:

1.  All counsel of record in the Morgan Matters have conferred and have authorized the undersigned to make this motion seeking a settlement conference in order to attempt a global settlement of the Morgan Matters.

2. Understanding that the COVID-19 pandemic is impacting Court processes and individuals in different ways, the parties acknowledge that some conference participants may wish to participate remotely, while others may prefer to be in person. Accordingly, the parties request that, if at all possible in accordance with the Court's discretion and limitations, when the settlement conference scheduling and procedures are being determined, consideration be given to permitting both in person and remote participation, as this will afford the best opportunity to achieve a negotiated global resolution.

3. The parties request further that the conference be conducted in Hartford, which is where the Plaintiff resides and most counsel of record are located.

4. The parties request further that the settlement conference be conducted by an experienced United States Magistrate Judge, such as the Honorable Thomas P. Smith, the Honorable Robert A. Richardson or another Hartford-based Magistrate Judge or Parajudicial Officer, as the Court prefers.

5. Finally, the parties request that once the Morgan Matters have been referred for settlement, all counsel of record in the Morgan Matters be given the opportunity to confer together with the Magistrate Judge or Parajudicial Officer, as the case may be, concerning the scheduling of the conference and its procedure in light of ongoing pandemic concerns.

WHEREFORE, the parties respectfully request that the Court grant this motion for global settlement conference of the Morgan Matters and further stay the pretrial and trial deadlines in the instant case.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| THE PLAINTIFF,<br>LLOYD GEORGE MORGAN, JR. | THE DEFENDANTS,<br>CHAPDELAINE AND GODDING |
| By:  /s/ Sherwin M. Yoder<br>   James K. Robertson, Jr.<br>   Fed. Bar No. Ct05301<br>   Sherwin M. Yoder<br>   Fed. Bar No. Ct26754<br>   Douglas Balko<br>   Fed. Bar No. Ct30483<br>   Carmody Torrance Sandak & Hennessey LLP<br>   50 Leavenworth Street<br>   P.O. Box 1110<br>   Waterbury, CT  06721<br>   (203) 575-2636 (phone)<br>   (203) 575-2600 (fax)<br>   jrobertson@carmodylaw.com<br>   syoder@carmodylaw.com<br>   dbalko@carmodylaw.com | By:  /s/ Zenobia Graham-Days<br>   Zenobia Graham-Days<br>   Assistant Attorney General<br>   Fed. Bar No. Ct28802<br>   Office of the Attorney General<br>   110 Sherman Street<br>   Hartford, CT  06105<br>   (860) 808-5450 (phone)<br>   (860) 808-5591 (fax)<br>   Zenobia.graham-days@ct.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that on the above date, a copy of the foregoing was filed electronically and served by mail on all counsel and pro se parties unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

   /s/ Sherwin M. Yoder
   Sherwin M. Yoder